## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GINNY M. WHITLEY, ET AL.,                    :

      Plaintiff,                          :        Case No.  3:05-cv-290

-vs-                                         :        Chief Magistrate Judge Michael R. Merz

LOWE'S HOME IMPROVEMENT                       :
CENTER, ET AL.
                                             :
      Defendant.

_____

## CONDITIONAL DISMISSAL
_____

The Court having been advised that the above matter has been settled, IT IS ORDERED

that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE,

provided that any of the parties may, upon good cause shown not later than October 17, 2006,

reopen the action if settlement is not consummated.  The parties may substitute a judgment entry

contemplated by the settlement agreement upon approval of the Court.  Parties intending to

preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v.*

*Guardian Life Ins. Co. Of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994), and

incorporate appropriate language in any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by

the parties, on motino or *sua sponte*.

Each party shall bear its own costs.

August 18, 2006.

                                     *s/ Michael R. Merz*
                          Chief United States Magistrate Judge